UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF MISSOURI
DIVISION

Jean Allen                                      )
                                                )   **Complaint for a Civil Case**
                                                )
                                                )
                                                )
                                                )
*(Write the full name of each plaintiff         )
who is filing this complaint.  If the           )   Case No.
names of all the plaintiffs cannot fit in       )   *(to be assigned by Clerk of
the space above, please write "see              )   District Court)*
attached" in the space and attach an            )
additional page with the full list of           )   Plaintiff requests trial by jury:
names.)*                                        )
                                                )   ☒ Yes    ☐ No
**v.**                                          )
Paul Hopkins                                    )
                                                )
                                                )
                                                )
                                                )
                                                )
*(Write the full name of each defendant.        )
The caption must include the names of           )
all of the parties. Fed. R. Civ. P. 10(a).      )
Merely listing one party and writing "et        )
al." is insufficient. Attach additional         )
sheets if necessary.)*                          )

## CIVIL COMPLAINT

*NOTICE:*

*Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date, the full name of a person known to be a minor, or a complete financial account number. A filing may include only: the last four digits of a social security number, the year of an individual's birth, a minor's initials, and the last four digits of a financial account number.*

*Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.*

*In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed without prepaying fees or costs.*

I.      The Parties to This Complaint

   A.     The Plaintiff(s)

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

|  |  |
|---|---|
| Name | Jean Allen |
| Street Address | 32111 BCR 876 |
| City and County | Patton/Bollinger |
| State and Zip Code | MO 63662 |
| Telephone Number | 573-513-0121 |
| E-mail Address | jeanallen356@yahoo.com |

   B.     The Defendant(s)

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

|  |  |
|---|---|
| Name | Paul Hopkins |
| Job or Title | Medical Center Director |
| Street Address | 1500 N Westwood Blvd. |
| City and County | Poplar Bluff/Butler |
| State and Zip Code | MO 63901 |
| Telephone Number | 573-686-4151 |
| E-mail Address | paul.hopkins@va.gov |

   *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant. If you are suing for violation of your civil rights, you must state whether you are suing each defendant in an official capacity, individual capacity, or both.)*

**II.     Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power). Generally, only three types of cases can be heard in federal court. Provide the information for this case. *(Include all information that applies to your case)*

**A.     Federal question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

```
Section 501 of the Rehabilitation Act of 1973, as amended,
& 29 USC 791
```

**B.     Suit against the Federal Government, a federal official, or federal agency**

List the federal officials or federal agencies involved, if any.

```
Paul Hopkins, Libby Johnson, Brenda Venable, LaWanda
Newton, Shountia Brooks, Sharece Smith, Carol Stewart,
Duane Neeley, Kenneth Law, and Malika Singh
```

**C.     Diversity of Citizenship**

These are cases in which a citizen of one State sues a citizen of another State or nation, and the amount at stake is more than $75,000. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

1.     The Plaintiff(s)

The plaintiff, *(name)* Jean Allen, is a citizen of the State of *(name)* Missouri.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

3

2. The Defendant(s)

If the defendant is an individual

The defendant, *(name)* _____Paul Hopkins_____ , is a citizen of the State of *(name)* _____Missouri_____ *Or* is a citizen of *(foreign nation)* _____ .

If the defendant is a corporation

The defendant, *(name)* _____ .

is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____ *Or* is incorporated under the laws of the State of *(foreign nation)* _____ , and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy----the amount the plaintiff(s) claims the defendant(s) owes or the amount at stake----is more than $75,000, not counting interest and costs of court, because *(explain)*:

4

**III.     Statement of Claim**

Type, or neatly print, a short and plain statement of the **FACTS** that support your claim(s).  For every defendant you have named in this complaint, you must state what he or she personally did to harm you.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Do not make legal arguments, or cite court cases or statutes. You may attach additional pages if necessary.

Your statement of claim must include all of the following information:

1. What happened to you?
2. When did it happen?
3. Where did it happen?
4. What injuries did you suffer?
5. What did each defendant personally do, or fail to do, to harm you?

```
Starting on or about March 2020, I requested a reasonable
accommodation for a medical condition. I requested another
reasonable accmmodation around November 2020 and I was ignored.
Then around August 5, 2021, I brought the Union into the picture
to help me with my accommodation request. I was discriminated
against and treated like an anathema as the process moved
forward. I suffered humiliation, severe stress and depression,
and extreme flare ups of my psoriatic arthritis. It nearly
incapacitated me, and the medications almost stopped working.
This was during COVID and that is why my medical provider
requested me to have a reasonable accommodation.

See additional documentation on what each defendant personally
did to me.
```

**IV.     Relief**

State briefly and precisely what damages or other relief you want from the Court.  Do not make legal arguments.

```
I'm requesting damages in the amount of $5,000,000.00. I'm
requesting the employees receive further training regarding
the reasonable accommodation process. I'm also requesting
disciplinary actions taken against the employees.
```

5

Do you claim the wrongs alleged in your complaint are continuing to occur now?

Yes ☐  No ☒

Do you claim actual damages for the acts alleged in your complaint?

Yes ☒  No ☐

Do you claim punitive monetary damages?

Yes ☒  No ☐

If you indicated that you claim actual damages or punitive monetary damages, state the amounts claimed and the reasons you claim you are entitled to recover these damages.

```
I'm requesting damages due to the undue stress,
mental/emotional duress, and loss of enjoyment of life that
this hardship caused. Additionally, this caused further
damage from my current medical conditions which led to
further medical conditions to develop.
```

**V.    Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __5th__ day of _____February_____, 20 _24_.

Signature of Plaintiff(s) _____

_____Jean Marie Allen_____

6

Shounita Brooks:

Ms. Brooks in her capacity of the reasonable accommodation coordinator, from early Aug. 2021 until Nov. 2021, violated my HIPPA rights, the rehabilitation act, the master agreement and the employee handbook. Despite my physician filling out the required VA for 0857e, Ms. Brooks continued to demand further information, requesting "My exact diagnosis", and made it clear that she did not intend to move forward with the accommodation process until I had done so. Although I was currently working from home, it was a temporary situation as due to covid all nurses were given the option to work from home on several occasions. Under direct threat of not receiving the accommodation, and only after voicing my, and my physicians concerns of HIPPA violation, I asked my physician to provide my diagnosis. It was at this time I received and an email stating, "now that I have received the diagnosis, we can move forward with the accommodation process."

Malika Singh:

Ms. Singh in her official capacity of reasonable accommodation coordinator discriminated against me and hindered the reasonable accommodation process by refusing to acknowledge my Union representation. Ms. Singh refused to cooperate and answer emails from my Union representative which delayed the accommodation process. Ms. Singh refused to send my Union representative a list of vacant and funded positions to aid in job search on several occasions. Ms. Singh became stand offish towards my Union representative and her manager (LaWanda Newton) had to step in. Ms. Singh finally sent me a job offer on Feb 28th asking that I complete the form with either ink or electronic signature. That form as is evident on the email, contained the notation G6 step 9. I was contacted by the call center supervisor and advised to report to duty on March 14th 2022. I began training for call center then was contacted and informed that I was being accused of falsifying the job offer, committing fraud and my position was being threatened. In September 2022 I received an email that my reasonable accommodation was revoked. One of the signatures was Ms. Singh, a direct act of disability discrimination.

LaWanda Newton:

Ms. Newton in her capacity of reasonable accommodation supervisor is guilty of Anti-Union animus, slander, disability discrimination, retaliation, harassment and bullying. Ms. Newton engaged in several conversations with 2 of my Union representatives and was behaving in a hostile manner. She made accusations that I committed fraud, forging an official government document. Refused to cooperate with the Union officials, was the driving force behind my reasonable accommodation cancellation. Ms. Newton refused to cooperate with the Chief Nurse and Heath care Administrator in the area in which I had been assigned prior to transfer, so much so, that the Health care Administrator sent an email to the Medical Center director asking for a formal investigation into Ms. Newton's behavior pertaining to the reasonable accommodation process which in her words, " employee was harassed and bullied, the reasonable accommodation was mishandled and even she felt harassed by Ms. Newton's candor and lack of cooperation.

Carol Stewart:

I hold Ms. Stewart responsible for violation of the disability act as well as HIPPA. Ms. Stewart admits in email that upon transfer to the call center she contacts Ms. Sharece Smith and advises her that she would be receiving me as a transfer on reasonable accommodation. Ms. Stewart also contacted me on

two separate occasions in attempt to sign another contract for much less than the one I had originally signed which I felt were bullying tactics as she was telling me to sign or lose my call center position and be returned back to position in nursing. This also caused me much stress as my nursing position was posted and filled. The nursing department was notified I had been transferred to call center. So basically I would be let go as my position was posted and filled.

Sharece Smith:

Ms. Smith is responsible for harassment, over scrutinizing my work and failing to do her supervisory duties. Ms. Smith, I found, was made aware of my RA from day one. Was also in on the discussions of fraud allegations. Ms. Smith spoke with me in a very condescending manor, gave me very little support in my call center position, and due to her refusal to accept supervisory duties, delayed my work comp claim for carpal tunnel by refusing to sign the requested paperwork.

Libby Johnson:

Although Ms. Johnson was attempting to aid me in my situation, I felt that more should have been done. She dropped the ball with the request of the Weingarten meeting in April 2022. The stress of being in limbo for months and months, the ups and downs with all the various events that occurred through out these months could have been avoided if she had followed up on the out come of the investigation and demand that I be allowed to remain in the reasonable accommodation as it stood.

Brenda Venable:

Again, although Ms. Venable was doing her best to assist in my reasonable accommodation process, she was aware the entire time, through months and months, what was going on but denied me the information. I was told the she was "in the dark" the whole time despite the multitude of conversations between herself, HR, ER/LR, and reasonable accommodation department. Ms. Venable was aware of the amount of time I was missing work due to deterioration of both mental and physical condition. My disease process was exacerbated by the stress and I had to undergo several medication changes in order to attempt to control it. As one of my direct points of contact she was aware that I was missing more work than actually working and having exhausted all leave was, in LWOP status. (half the year salary for 2 years). My life had become a shell of my former life and my marriage, finances and health were all suffering as I confided in her on several occasions. Through all of this I was still told she was unaware of anything going on.

Paul Hopkins:

I hold Mr. Hopkins above all else directly responsible. Mr. Hopkins was contacted by Libby Johnson on more than one occasions. Mr. Hopkins was included in many of the email chains that were being passed around by the various individuals in HR, Administration, ER/LR ect. Mr. Hopkins has the authority to make decisions. He has the authority to save a job or fire and employee, yet he did neither. Mr. Hopkins allowed this situation to linger on for month and months, most times not even responding to any of the emails.

IN SUMMARY:

I was subjected to months and months of disparate treatment. I was slandered, discriminated against, retaliated against, bullied and harassed. I was made to suffer in the dark while way too many people

discussed my fate behind my back. I suffered chronic flares of my disease process, had to undergo therapy and evaluation by psychiatric doctor. I was diagnosed with severe depression and severe anxiety. I was put on a handfuls of medications and missed half a years salary 2 years in a row. I had my work comp case (R/T stress) denied twice despite notes from 4 providers that agree the stress of this situation caused the illnesses. I lost nearly 3 years of my life on all this. Now, had I actually been found guilty of committing fraud, would I still remain employed today. I was not then, nor am not guilty of committing anything other than putting my trust in a system that is obviously broken.