UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| JEAN ALLEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No. 1:24-cv-00019-SNLJ |
| DOUGLAS COLLINS, | ) | |
| | ) | |
| Defendant. | ) | |

## **MEMORANDUM AND ORDER**

This matter is before the Court on plaintiff's motion to proceed *in forma pauperis* on appeal [Doc. 70] and motion for appointment of counsel on appeal [Doc. 73].  Federal Rule of Appellate Procedure 24 requires a party seeking *in forma pauperis* status to file an affidavit that shows the party's inability to pay, claims an entitlement to redress, and states the issues that the party intends to present on appeal.  Fed. R. App. P. 24(a)(1). Here, plaintiff did not state the issues she intends to appeal.  *See* [Docs. 70, 71, 72]. Further, it is not apparent that plaintiff seeks appellate review of any issue that is not frivolous.  *See* 28 U.S.C. § 1915(a)(3).  As a result, the Court will deny the motion to proceed *in forma pauperis*.  The motion to appoint counsel will also be denied because this Court does not appoint appellate counsel.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for leave to proceed *in forma pauperis* on appeal [Doc. 70] is **DENIED**.  Plaintiff is advised that she may petition the

Eighth Circuit Court of Appeals directly to seek *in forma pauperis* status.  Fed. R. App. P. 24(a)(5).

**IT IS FURTHER ORDERED** that the Clerk of Court shall notify the Court of Appeals that this Court has denied the motion for leave to proceed *in forma pauperis* on appeal.  *See* Fed. R. App. P. 24(a)(4)

**IT IS FURTHER ORDERED** that Plaintiff's motion for appointment of counsel [Doc. 73] is **DENIED**.

**SO ORDERED** on this 13th day of May, 2026.


_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE